UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A.H.M. FREDERICK Douglas Kyle ©)
34078-118                              )
P.O. Box 880                           )
AYER MASS 01432                        )
(Enter your full name, prison number
and address)

v.

United states of America Via )
U.S. BUREAU of PRisons - )320 First st. N.w. wash. D.C 20534
WARDEN CAstaline et al)
Warden Suzanne Hastings)
Supervisor S. DAUZAT et.al)
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Case: 1:08-cv-01071
Assigned To : Bates, John D.
Assign. Date : 6/23/2008
Description: Pro Se Gen. Civil

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court **must** access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

 (1) the average monthly deposits to your prison account, or
 (2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED
JUN - 3 2008
Clerk, U.S. District and
Bankruptcy Courts

1

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I. **SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )    No (✓)

C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit.

       Plaintiffs: _____ N/A _____

       Defendants: _____

    2. Court (If federal court, please name the district; if state court name the county.) _____ N/A _____

    3. Docket number: _____ N/A _____

    4. Name of judge to whom case was assigned: _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _N/A_

## III. PLACE OF CONFINEMENT

_DEVENS FMC P.O. Box 880 AYER MASS 01432_

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (✓)   No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? _To Administrative Super. of Finance, Mr DAVZIAT / Warden Castaline / Supp. V. ARISMIAN_

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (✓)   No ( )  _(see attached)_

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) _See Attached Exhibits_

4. What happened as a result of your complaint? _I was Administrially Transferred to another facility U.S.P. Big Sandy, From there U.S.P. Allenwood / From there Devens FMC._

D. If your answer is No to Question III B, explain why not. _N/A_

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No ( )  _N/A_

F. If your answer is Yes to Question III E;  _N/A_

1. To whom and when did you complain? _See "C" Above_

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes (✓)    No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.) _See attached exibits_

4. What happened as a result of your complaint? _Konvicted again. No Refund at all._

### IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: _A.A.M/MR. FREDERICK DOUGLAS KYLE 34078-118 ©_
   Address: _P.O. Box 880 Ayers Mass. 01432_

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: _N/A_
   Address: _N/A_

   Defendant: _N/A_
   Address: _N/A_

   Defendant: _N/A_
   Address: _N/A_

   Defendant: _N/A_
   Address: _N/A_

### V. STATEMENT OF CLAIM

State here briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

Beginning on or about 01/23/02 a Return check notice for $675.45 was to be reposted to plaintiffs Account, a Miss Cole Post dated the property form receipt 2/2/02 (see attached Exibit.) Plaintiff complained that the money had not been put Back in his account. Again on or about 10/15/04 at Sussex II facility, a Sgt Gilliam Returned a ordering vocher to Plaintiff for merchandise unable to be ordered, in the amount of $408 dollars (see attached Exibit B) Again monies not returned. Plaintiff filed administrative Remedy to No Avail, the warden immediatly transferred Plaintiff to U.S.P. Pollock, where the theft continued. Plaintiff again begain Filing his administrative Remedy (see attached Exibit C) Unit Manager Cannon 11/5/07 Requesting an Immediat audit of his account which was again denied see Exibit D)

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

Plaintiff seeks complet Redress, that hearing Be conducted, and an complete Court Ordered "Audit" of his Inmate Account funds, Plaintiff further Request that cousel Be Appointed and the Audit be conducted under court order coverttly, by an impervious Independent Accounting firm, totally impartial and unbiased. Plaintiff further seeks an Jury Trial, and Damages monotaryly pursuant "the takings clause of the 5th Amendment," "Private property [shall not] be Taken For Public use, without Just Compensation, U.S. V. Plaintiff Avers that although originally the Takings clause was intended as limitation on only federal Government, the takings clause has long been held to apply to the states through Due Process Clause of the 14th Amendment. Plaintiff has demonstrated through Exibits he possesses an "Property Interest" that is constitutionally Protected!

Signed this __5__ day of __MAY__, __2008__.

H.H.M/FREDERICK DOUGLAS KYLE ©
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

5/05/08
(Date)

A.A.M. Frederick Douglas Kyle
(Signature of Plaintiff)

# In the United States District Court of Washington D.C.

FREDERICK Douglas Kyle
34078-118

       Plaintiff

   V.

United States of America via
U.S. Bureau of Prisons - 320 First St. N.W. Wash., D.C. 20534
Warden Castaline
Warden Suzanne Hastings
Supervisor - S. Dauzat
Supervisor - V. Arisman
Captain Frederick Jefferson
Case Maniger R. Anderson et.al.
B.O.P. Director Mr. H. Lappin. et.al.

Complaint
Civil Action _____

## I Jurisdiction & Venue

1. This is a civil action athorized Jurisdiction is invoked Pursuant to 28 U.S.C §1343(a)(3) And 42 U.S.C §1983 To Redress the deprivation (theaft) under color of state law, Rights secured by the Constitution of the United States; the Court has Jurisdiction under 28 U.S.R. 1331 And 1343-1346(a)(3). Plaintiff seeks decleratory relief Pursuant to 28 U.S.C. Section 2201 And 2202. Plaintiff claims for injunctive Relief are, authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

## II Plaintiff.

2. Plaintiff A......., FREDERICK Douglas Kyle©, is and was at all times mentioned herein a Prisoner of the state of Pollock L.A. in the Custody of the Bureu of Prisons Department of Corrections. His

PAGE 2

3. domicile is at all times and events, is Washington D.C., which is an appropriate venue under 28 U.S.C. section 1391(b)(2) because all Defendants therein Employee is in the District of Columbia ie B.O.P.

## III Defendants

4. Defendant Director H. Lappin is the Director/Commissioner of D.C. B.O.P. He is legally responsible for the overall operations of the Department of Corrections, and each institution under its Jurisdiction, including U.S.P. Pollock, and U.S.P. Sussex II Virginia. Is sued in Individual capacity. Defendant acted under Color of state law.

5. Defendant Warden Castaline is superintendent/warden of U.S.P Pollock. He is legally responsible for the operations of U.S.P. Pollock, and the trust, welfare of all the inmates of that Prison. Is sued in Individual and Official capacity, Defendant acted under Color of state law. Federal law.

6. Defendant Warden Suzanne R. Hastings is superintendent/warden of U.S.P. Big Sandy, she is legally responsible for the operations of U.S.P. Big Sandy, and the trust, welfare of all inmates of that Prison. Is sued in her individual and official capacity. Defendant Acted under Color of state law./Federal Law.

7. Defendant S. Dauzat is a Administrator and chief accountant over all Inmates funds and Transactions in U.S.P. Pollock louisiana, and U.S. Department of Corrections who at all times in this complaint held the rank of Administrator of finance of Inmate funds, and was assigned to U.S.P. Pollock. Is sued in His individual and official capacity. Defendant acted under Color of state law./Federal Law.

PAGE - 3

8. Defendant supervisor, V. Arisman is an Administrator and cheif Executive Accountant over All Inmate's Funds And Trainsaction in U.S.P. Big Sandy, B.O.P. Department of Corrections who at all times in this Complaint held the Rank of Administrator/Supervisor of Finance of Inmates Funds, And was assigned to U.S.P. Big Sandy, Is sued in his Individual and Official Capacity. Defendant acted under color of state law/Federal Law.

9. Defendant FREDERICK JEFFERSON, is a correctional officer of the U.S. B.O.P. Department of Corrections who, at all Times mentioned in this complaint, held the Rank of "CAPtain" And was Assigned to U.S.P. Pollock. Is sued in his Individual and official Capacity. Defendant acted under Color of state law./Federal law.

10. Defendant R. Anderson, is a correctional officer of the U.S.P. B.O.P. Department of Corrections, who at all times mentioned in this Complaint, held the Rank Position of Case Maniger, And was Assigned to U.S.P. Pollock. Is sued in his individual and official Capacity. Defendant, Acted under color of state law./Federal law.

11. Defendant Mr. K.M. White, is the Regional Director for the Mid-Atlantic Regional offices For the B.O.P., Department of Corrections, who at all times mentioned in this Complaint, held the Rank and Position of Director of all Prisons includeing U.S.P. Pollock. He is directly Responsible for all over all operations of all Facilitys. Is sued in his Individual and official Capacity. Defendant acted under Color of state law/Federal law.

### Exhaustion of Legal Remedies

cont-2

12. Plaintiff A.A.M. Frederick Douglas Kyle© used the prisoner grievance procedure available in "U.S.P." Sussex II Virginia, U.S.P. Pollock Louisiana, U.S.P., Lee, United States Penitentiary "Allenwood" Tort Claim # TRT-MXR-2008-02063, U.S.P. "Big Sandy", Docket No. 06-CV-0843; Sec. "P" [see Exibits "F"] for dates and times of trainsactions. Trying to solve the problem of moneys being expended from his account, see Exibits "F" for all responses. March 11, 2008, once again Plaintiff received at FMC Devers, P.O. Box 879 Ayer, MA 01432, another "Rejection" letter" memo from the U.S. Department of Justice Federal Bureau Prison's Northeast Regional office. See Exibits [F] (a).

### V. Legal Claims

13. Plaintiff reallege and incorporates by reference paragraphs 1-12.

14. The ongoing "Embezzlement theaft and illegal continuous Takeing of moneyies from Plaintiff Trust Fund," is in violation of the U.S.C.A. Const. Amend. 5 without any compensation for property and/funds taken." Not only the "principal Taken but to the interest of the Principal, violated plaintiff Kyle's, Rights to be free of Cruel and unusual punishment, from those in whom judicial trust, welfare Custody; is constitutionally mandated. The mental anguish daily, and emotional Trauma, Plaintiff Kyle was forced to

page 5

undergo, month to month without resolution, nor redress, is and are sadistic administrative deliberate indifference to Plaintiff Kyle's emotional and mental wellbeing, to wit Federal and state officials, are entrusted to safeguard and maintain.

15. The Plaintiff has no plain, adequate or complete monetary, just compensation, and or remedy for the wrong described herein. Plaintiff has been, he and his family, irreparably injured by this Administrative "theft" and conduct of denial when confronted with "obvious" fact or fraud, and will continue to be, unless this court grants the declaratory and injunctive relief plaintiff seeks.

WHEREFORE, plaintiff respectfully prays that this court enter judgement granting plaintiff:

16. A declaration that the acts and omissions described herein violated plaintiff's rights under the constitution and laws of the United States.

17. A Preliminary and Permanent injunction, to current administrative officials in "Trust Fund" Department, to cease and desist the on going fabrication of false transactions in theft of plaintiff's funds.

18. Compensatory damages in the amount of $10,000 thousand against each defendant, jointly and severally.

31 page 6

19. Punitive damages in the amount 10,000 thousand dollars each defendant. In their official and personal capacity.

20. A Jury trial on All issues triable by jury.

21. Plaintiff's costs in this suit

22. Any additional Relief this court deems Just, proper, And equitable

Dated: _____

Respectfully Submitted

A.W.M. Frederick Douglas Kyle
34078-118

Address: _____

---

VERIFICATION

I have Read the Foregoing complaint and hereby verify that the matters alledged therein are True, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is TRUE And correct.

Executed at _____
Signed: _____
A.W.M. W. Frederick D. Kyle

page 1

In the United States District Court
For The District of Columbia

A.A.M. MR. FREDERICK D. KYLE
34078-118 plaintiff

v.

U.S.A via U.S. Bureau of Prisons
et., al.,

AND

Order To Show Cause For A
PRELIMINARY
INJUNCTION

A TEMPORARY
RESTRAINING
ORDER.
Civil Action NO. _____

Upon the complaint, the supporting affidavitts of plaintiffs, and the memoradum of law submitted herewith, it is:

ORDERED that defendants _____

show CAUSE in Room _____ of the United States Courthouse _____ on the ____ day of _____ 20___ at ____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Proceedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from continued theft and EMBEZZLEMENT OF Inmate "Kyles" Funds."

PAGE 5

IT is further ORDERED that effective immediatly, and pending the hearing and determination of this order to show cause, the defendants and each of their officers Agents, employers, and all persons acting in concert, or participation with them, Are restrained from state actions. I want the TRO to cover.

It is FURTHER ORDERED that the order to show cause, and all other papers attached to this Application, be served on the aforesaid Plaintiffs by date _____ 08

_____

Dated: _____
United states District Judge.

Facts                                                                 PAGE - ONE

1. On or about 11/16/01 while Housed at Sussex II U.S.P Facility, Plaintiff FREDERICK DOUGLAS KYLE © Received An state check in settlement from Covington & Burling Firm 1201 PENN. AVE. N.W. Wash D.C. In the Amount of $9,753.83 - 11/14/01 Result of Civil action against warden Poteat lorton U.S.P. (see Exibits F) (A)

2. On or about Dec. 3rd/02 Plaintiff begain Filing his Administrative Remedys seeking audit of his Trust Account, Upon Discovering that Sussex II U.S.P. Facility From he'd Previously Transfered from, had Taken over $1500 dollars from his Fund. (see Exibts F) (B) (C) From July 2002 To Oct 30 2002.

3. On or About 3/03/04 Plaintiff Filed Again Another informal Administrative Remedy seeking Audit and/or Refund of Monies to his Account. see (Exibits "F") (D)

4. On or About 4/03/04 Plaintiff Again filed another Administrative Remedy BP-230 (13). Again to No Avail - see Exibit (F) (E)

5. On or About 4/11/04 Plaintiff sent Data of Dates of Fileings of Administrative Remedy To then Director BOP Central office 320 First st. N.W Wash. D.C. 20534 - Mr. H. Lappin. Again to No Avail See Exibit (F) (F)

Facts                                    Page-Two

On or About 3/22/04 Plaintiff filed BP-229 (13) Again to No Avail see Exibit (F) 1 (A)

On or About April 23/04 Again plaintiff sent a open Letter Request To Warden Castaline Again to No Avail - see Exibit (F)(G)

On or About Oct 30th/04 Plaintiff sent Another Letter To then Director Mr. Robert S. Muller III Federal Bureau of Investigation, 12th & Penn Ave. N.W. 20001. see Exibit (F) (H). To No Avail or Response.

On or About October 30th/04 Plaintiff sent another letter to Director of Prisons "Mr. Lappin Again to No Avail/or Response - See Exibit (F-3C)

On or About 02/12/05 Plaintiff forwarded a letter for Help to District Court In Shreveport Louisiana Again for immediate Help/or Audit of his Account at U.S.P. Pollock - To Receive only once Again another Negative Response, to wit he once Again Responded see Exibit (F)(I)

On or About Oct 17/06 Plaintiff filed a Pro Se Civil Action at United states District Court Western District of Louisiana Alexandria Division - see Exibit (F) (J).

FActs                                    PAGE-3

UNDER COVER OF LAW CASE MANIGER "ANDERSON"
ON OR About FEB 14, 2003 Plaintiff
Requested And asked for Printout of His stay
In Houseing while at U.S.P. Pollock - As Proof positive
of impossibility of Expenditures Alleged of over
$4,985 dollars, As he was housed in "(SHU) Special
Houseing Unit, were "one is only allowed to
spend weekly" 20 dollars - see Exib. (F)(K)

On or About Feb 25/08 Plaintiff Recived
Response To his Administrative Toet claim he filed,
Again to No Avail - Thus Plaintiff seeks Redress, And
Damages via this Civil Action via the Court.

F
08-1071
JDB

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Frederick Douglas Kyle

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

## DEFENDANTS
USA, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#34078-118

ATTC
Case: 1:08-cv-01071
Assigned To : Bates, John D.
Assign. Date : 6/23/2008
Description: Pro Se Gen. Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 6/23/08   SIGNATURE OF ATTORNEY OF RECORD NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

i:\forms\js-44.wpd