AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

A.A.M. FREDERICK Douglas Kyle @ District of COLUMBIA

FILED
JUN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

United states of America via
United states Bureau of Prisons    CASE NUMBER: 08 1071
Defendant    320 First St. N.W.
              Wash. D.C 20534

I, A.A.M./ FREDERICK Douglas Kyle @ _____ declare that I am the (check appropriate box)
☐ petitioner/(plaintiff)/movant/respondent    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the (complaint)/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  FMC DEVENS P.O. Box 879 Ayer MA 01432
   Are you employed at the institution?  NO    Do you receive any payment from the institution?  NO
   
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  June 1, 1995 Take home was $275. dollars - last place of employment, Washington D.C. St. Elizabeth Hospital, as Driver Server for DAC.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☒ Yes    ☐ No

   RECEIVED
   JUN - 3 2008
   Clerk, U.S. District and
   Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.  From a Family member.

2

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    Daughter A.L. with 7 of my grandchildren.

declare under penalty of perjury that the above information is true and correct.

| 05/05/08 | A.A.M / MR. Frederick Douglas Kyle © |
|---|---|
| Date | Signature of Applicant |

OTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge            Date | United States Judge            Date |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _A.A.M FREDERICK D. KYLE_ v. _U.S. OF AMERICA via B.O.P_

Civil Action No. _____

I, _A.A.M. Frederick D. Kyle_ #_34078-118_____, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_A.A.M. Frederick Douglas Kyle_
Signature of Plaintiff

n:\forms\Trust Account Form

Date: 05/15/2008
Time: 9:37:11 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 10/01/2007
**End Date:** 05/15/2008
**Inmate Reg#:** 34078118
**Account Status:** All
**Institution:** All

Facility: DEV

In the United States
District Court for
The District of Columbia

A.A.M. FREDERICK D. Kyle
34078-118
    Plaintiff

V.

U.S. Bureau of Prison
eth. Al.

Declaration In Support of
Motion To Proceed In
Forma Pauperis
Civil Action

    I A.A.M. FREDERICK Douglass Kyle am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, And that I believe I am entitled to Redress.

I declare that the responses which I have made below are True.

    1. If you are presently employed, state the amount of your salary wage per month, And give the name and address of your employer. ___No/N/A___

    2. If you are not employed presently, state the date of last employment and amount of salary per month that you received and how long employment lasted.
                                    June/1/05/ 7:30hr

DECLARATION:                                              PAGE - 2

3. HAVE you RECIVED within the past twelve months, Any money from the following sources:

        Yes ____ NO ✓

b. Rent Payments, interest or dividends?

        Yes ____ NO ✓

c. Pensions, Annuities, or life insurance payment?

        Yes ____ NO ✓

d. Gift or Inheritances?

        Yes ____ NO ✓

e. Any form of Public Assitance?

        Yes ____ NO ✓

F. Any other sorces?

        Yes ____ NO ✓

If the answer to any of the questions (a) through (f) is yes describe each sorce of money and state the amount Received from each the past month? ____ N/A

page three

4. Do you have any cash or money in a checking or savings account? __NO__ If the answer is yes, state the total value owed.

5. Do you own any Real estate, stock, bonds, notes, automobiles, or other valuable property (Including Household furnishings and clothing. __NO__

6. List the person(s) who are dependent on you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent? Do not include rent contributed by other people. __N/A__

8. State any special financial circumstances which the court should consider in this application? __Incarcerated__

I understand that a false statement or answer to any questions in this Declaration will subject me to penalties of perjury. __yes__

cont →

PAGE four

I declare under penalty of perjury that the foregoing is true and correct

Signed a.a.m. F.D. Kyle © ___ day of ___, 20 ___

A.A.M. Frederick Douglass Kyle ©
Signature

7/03/51
Date of Birth

___-___-11-___-3999
Social Security Number

Notary _____

Date: _____

In The United States District Court For The District of Columbia

| | |
|---|---|
| A.A.M. Frederick D. Kyle<br>plaintiff<br><br>V.<br><br>United States of America via<br>U.S. Bureau of Prisons<br>et, al. | SUMMONS<br>Civil Action No _____ |

To the above NAMED Defendants

You are hereby summoned and required to serve upon plaintiff's, whose address is P.O. Box 887 Ayer, Mass. 01432.

An answer to the complaint which is herewith serve upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/Agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for Relief demanded in the complaint.

Clerk of the Court

Date: _____