**FILED**

JUN 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In The United States District Court
For The District of Columbia

A.k.a. FREDERICK D. Kyle
34078-118
Plaintiff

V.

United States of America via
U.S. Bureau of Prisons
et. al

Motion For Appointment of
COUNSEL
Civil Action No   08 1071

Pursuant To 28 U.S.C. § 1915 (e) (1) Plaintiff moves
for an order appointing counsel to Represent him in
this case. In support of this motion, Plaintiff states:

1. Plaintiff is unable to Afford counsel. He has
Requested leave to proceed in Forma pauperis.

2. Plaintiff's imprisonment will greatly limit his
ability to litigate. The issues involved in this case are
Complex, and will require significant research and
investigation. Plaintiff has limited Access to the
law library and limited Knowledge of the law.

3. A trial in this case will likely involve
conflicting Testimony, and counsel would better
enable plaintiff to present evidence and cross
examine witnesses.

cont. →

4

Motion For Appointment of Counsel.                    PAGE TWO

4. Plaintiff has made Repeated efforts to obtain a lawyer. Attached To this Motion are address; plaintiff Sought Assistance, To No Avail.

WHEREFORE, plaintiff's Request that the court Appoint _COVINGTON & Burling_ a members of the _Washington D.C._ BAR, as Counsel in this Case.

NOTARY _____
DATE: _____

_____
DATE

A.A.N. _Frederick Maughes Kyle_
     Signature.

Respectfully Submitted

A.A.M. MR. FREDERICK D. Kyle
     P.O. Box 588
     Ayers MA