FILED
JUN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United states District Court
For the District of Columbia.

A.A.M Frederick Douglas Kyle
34078-118
            Plaintiff
    v.
United state of Americia via
U.S. Bureau of Prisons
        et., al.,
            Defendants

DECLARATION
A.A.M MR. Frederick Douglas Kyle
Civil Action No. 08-1071

I FREDERICK Douglas Kyle, Hereby declares:
I declare under penalty of perjury that the Foregoing is true and correct. Executed at "Ayers M.A. 4/11/08

Signature A.A.A. MR. Frederick Douglas Kyle
34078-118
(see attached)

Notary _____
Date: _____

5