7/24/08

Mr. Prettyman,

I'm writing to find out the current status of my civil action Case Number 08.1071.

As I'm in Dejensil and not allowed to work an institutional job. I would like to know if because I'm financially unable at this time to give or make the payment of the $4.50 directed by the court, will this in any way, stop my action moving forward?

Because I have no money nor any outside help, I'm to requesting at this time "MARSHAL" service of my complaint on the Defendants in this matter.

I would appreciate all information you could forward as to my case status at this hour, and any further action from my person if needed to assure the effective processing of my action.

Respectfully

A.A.M./ MR. Frederick Douglas Kyle
34028-118

RECEIVED
JUL 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT