UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Frederick Douglas Kyle,**

   **Plaintiff,**

      v.

**United States of America** *et al.,*

   **Defendants.**

Civil Action No.  08-1071 (JDB)

## ORDER

Plaintiff is a prisoner proceeding *pro se* and *informa pauperis* in this action brought under 42 U.S.C. § 1983 for an accounting of his prison trust fund account and other relief.  Plaintiff has filed a motion seeking the appointment of counsel to assist him in prosecuting this case.  A plaintiff in a civil case does not have an absolute constitutional or statutory right to court-appointed counsel.  *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981).  When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* plaintiff to proceed *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent him.  Local Civil Rule 83.11(b)(3).  The appointment should be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel.  *Id.*  Upon these considerations, it is hereby

ORDERED that plaintiff's motion for a court-appointed attorney is DENIED WITHOUT PREJUDICE.

                                        /s/
                                        JOHN D. BATES
DATE: July 30, 2008                     United States District Judge