U.S. Department of Justice
United States Marshals Service 

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Warden Castaline        *Official Capacity
USP Pollock
POB 1000, 1000 Airbase Road
Pollock, LA  71467

Civil Action, File Number  08-1071 JDB

Frederick D. Kyle
v.
United States of America, Et Al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

7/15/2008
Date of Signature

Signature *(USMS Official)*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03



**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

RECEIVED

2008 JUL 29 A 11: 46

P.O. Box 1000
Pollock, Louisiana 71467

July 18, 2008


U.S. Department of Justice
U.S. Marshals Service
333 Constitution Avenue NW - Suite 1400
Washington, DC 20001-2810

RE:  Case: Frederick D. Kyle
         V.   (08-1071- JDB)
         USA, et al
     Bureau of Prisons
     Certified Letters Nos.
     7007 0710 0004 6578 (9504; 9566; 9450; 9573;
                          9474; 9481; 9498 ; 9559)

To Whom It May Concern:

Enclosed please find several envelopes received today in our institutional mail at the United States Penitentiary, at Pollock, Louisiana. These articles of mail are addressed to individuals who are no longer employed at the institution. Be advised that certified mail is accepted and signed for at the United States Post Office, at Pollock, Louisiana in the institution bulk mail. Mail is retrieved each day by mail room staff and brought back to the institution for sorting and processing in. These articles cannot be delivered as addressed as the individuals are no longer at Pollock. The last known location of Mr. Frederick Jefferson was at the Bureau of Prisons facility, FDC Houston, Texas. The remainder of the individuals, Mr. Carl Casterline and Mr. Steve Dauzat, both retired from the Bureau of Prisons. Mr. Roger Anderson received his two articles of mail on July 18, 2008.

If you have any questions concerning this matter, please do not hesitate to contact me.

Sincerely,

Judy Luke
Legal Instruments Examiner

Enclosures

U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Warden Castaline    *Individual Capacity
USP Pollock
POB 1000, 1000 Airbase Road
Pollock, LA  71467

Civil Action, File Number  08-1071 JDB

Frederick D. Kyle
v.
United States of America, Et Al

    The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

    You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within       days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

    YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

    If you do not complete and return copies 1 and 2 of this form to the sender within       days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

    If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

    I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

7/15/2008
Date of Signature

_Signature (USMS Official)_

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

    I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

City, State and Zip Code

Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03