UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frederick Douglas Kyle
Plaintiff(s)

vs

Bureau of Prisons et al.
Defendant(s)

Civil Action No. 08-1071

**FILED**

AUG 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

The plaintiff(s) was granted leave to proceed <u>in forma pauperis</u> to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

| Suzanne Hastings | Frederick Jefferson |
| V. Arisman | |
| Carl Casterline | |
| Steve Dauzat | |

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by September 22, 2008 Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

Dated: Aug. 20, 2008

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/01