UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

Frederick D. Kyle,            )   Civil Action No. 08-1071 (JDB)
    Plaintiff                 )
                              )
    v.                        )
                              )
United States of America et al,)
    Defendants.               )
                              )

RECEIVED
AUG 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Pro Se Motion for Reconsideration of Order Denying Appointment of Counsel

Plaintiff is a prisoner proceeding pro se and informa pauperis. Plaintiff filed for appointment of counsel on the grounds that he is indigent and unable to hire legal representation.

Plaintiff contends that appointment of counsel is warranted on the additional grounds that since the time of this action against the United States Bureau of Prison he has been denied access to the court, and that access to Bureau of Prison financial records have been foreclosed because of Plaintiff Pro Se Status, and physical relocation.

In addition, reconsideration is supported by Plaintiffs' attached Declaration, and files and records of this case.

con't —



## DECLARATION OF KYLE

I, Frederick Kyle hereby state as follows:

1. I am the Plaintiff in the civil action known as Frederick Kyle vs. United States, et al., CV 08-1071 (JDB)

2. On July 30, 2008 I received court's order denying motion for appointment of counsel, without prejudice.

3. It is my belief, and I respectfully submit that reconsideration is warranted on the contingency that since I initiated the action against the Bureau of Prison, I have been denied access to the court, through administrative transfers to various facilities without reason or explanation. My belief is supported by the fact that I have been from Polock, LA to Allenwood, PA; to Big Sandy to Inez, KY; then to Lee United States Penitenary; then from Jonesville, VA to MCC, NewYork to Oklahoma FTC. I am scheduled for Colman, FL., without explanation, or recourse.

4. I have been denied access to court records and files and have no means to effectuate discovery of financial records maintain by BOP. B.O.P. records are sensitive and beyond the reach of a Pro Se litigant.

5. I have been subjective administrative antagonism and censorship of legal correspondance via delay of mail delivery, consist physical relocation since November 22, 2007.

Executed on this 18 day of August, 2008, at Oklahoma City, OK.

I swear under the penalty of perjury the foregoing is true and correct.

A.A.M./MR. Frederick Douglas Kyle
Frederick Kyle
Reg. No. 34078-118
DATE: 8/18/08